FILED
CLERK, U.S. DISTRICT COURT
JUN - 6 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&SM INT'L, a South Korea Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>VANILLA MONKEY LTD, a California corporation; SEOK EUN KANG, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02220-SVW-JPR<br><br>[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)<br><br>Judge: Hon. Stephen V. Wilson |

The parties having so stipulated and agreed, VANILLA MONKEY LTD, a California corporation; SEOK EUN KANG, an individual are hereby dismissed with prejudice and without an award of costs or fees to any party. Each party shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: 6/6/18

_____
The Honorable Stephen V. Wilson
United Stated District Court Judge

1
[PROPOSED] ORDER